IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KEVIN SIMONS-STOKES,

      Appellant,

v.

Case No.  5D22-245
LT Case No. 2019-305478-CFDB

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed October 18, 2022

Appeal from the Circuit Court
for Volusia County,
Raul A. Zambrano, Judge.

Daniel Martinez, of Law Offices of
Daniel Martinez, PLLC, Palm Bay, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney
General, Daytona Beach, for
Appellee.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., WALLIS and HARRIS, JJ., concur.